People v Andujar

2026 NY Slip Op 01978

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Santiago A. Andujar, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2021-05208, (Ind. No. 57/20)

Colleen D. Duffy, J.P.

Paul Wooten

Janice A. Taylor

Phillip Hom, JJ.

Gary E. Eisenberg, New City, NY, for appellant.

Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Anna K. Diehn of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a judgment of the County Court, Dutchess County (Jessica Segal, J.), rendered July 15, 2021, convicting him of predatory sexual assault against a child, upon his plea of guilty, and imposing sentence.

ORDERED that the judgment is affirmed.

The defendant was convicted, upon his plea of guilty, of predatory sexual assault against a child (Penal Law § 130.96).

The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Bolton, 235 AD3d 995; People v Young, 225 AD3d 903). Appellate review of the defendant's contentions regarding the factual sufficiency of the indictment, which are nonjurisdictional, was forfeited by his plea of guilty and, in any event, is foreclosed by his valid waiver of his right to appeal (see People v Griffin, 173 AD3d 1203, 1205).

The defendant's valid waiver of his right to appeal precludes appellate review of his

contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d 248, 256).

DUFFY, J.P., WOOTEN, TAYLOR and HOM, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court